# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

Direct Number: +1.212.326.7870
mfeder@jonesday.com

JP006151:  January 23, 2025

<u>VIA CM/ECF</u>

Clerk of Court
U.S. Court of Appeals
Thurgood Marshall U.S. Court House
40 Foley Square
New York, NY 10007

      Re: <u>Castro v. NewRez LLC et al., Docket number 24-3090</u>

Dear Clerk of Court:

      I represent defendant-appellee Experian Information Solutions, Inc. in the above-referenced appeal. In accordance with Local Rule 31.2(a)(1)(B), we write to request the Court give 90 days, or until Thursday, April 10, 2025, for appellees to file their brief. Thank you for your consideration of this request.

      Very truly yours,

      */s/ Meir Feder*

      Meir Feder