

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

10333 N. Meridian Street, Suite 200
Indianapolis, IN 46290

CAMILLE NICODEMUS  DIRECT: (317) 497-5600, Ext. 601
cnicodemus@qslwm.com  FAX: (317) 899-9348

January 23, 2024

<u>**Via CM/ECF**</u>

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Court House
40 Foley Square
New York, NY 1007

    Re:    Mario E. Castro vs. NewRez LLC, et al.
                In the 2nd Circuit Court of Appeals
                Case No. 24-3090

Dear Clerk of the Court:

       I am lead counsel for defendant-appellee Trans Union LLC in the above referenced matter. In accordance with Local Rule 31.2(a)(1)(B), we write to request the Court grant Trans Union 90 days, or until Thursday, April 10, 2025 for appellees to file their brief. Thank you for your consideration of this request.

                                         Sincerely,

                                         QUILLING, SELANDER, LOWNDS,
                                            WINSLETT & MOSER, P.C.

                                           Camille R. Nicodemus