

Seyfarth Shaw LLP

1075 Peachtree Street, N.E.

Suite 2500

Atlanta, Georgia 30309-3958

T (404) 885-1500

F (404) 892-7056

ebarton@seyfarth.com

T (404) 885-6772

www.seyfarth.com

July 9, 2025

**VIA CM/ECF**

Hon. Debra Ann Livingston
Chief Judge
United States Court of Appeals
for the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Castro v. NewRez LLC,* Case No: 24-3090
             Notice of Joining Appellee Experian Information Solutions, Inc.'s Appellee Brief

Your Honor:

This Firm represents Appellee Equifax Information Services LLC in the above-referenced action. Pursuant to Federal Rule of Appellate Procedure 28(i), Equifax hereby provides notification to the Court that it joins in the Appellee Brief filed by Experian Information Solutions, Inc. on July 8, 2025. (ECF No. 77).

Equifax states that judicial economy will be served by consolidating Appellee's brief, and that under these circumstances, a separate brief would be repetitive and wasteful.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Eric Barton*

Eric Barton

EB:lcr
cc:    Counsel of Record (via CM/ECF)
       Mario Castro, Pro Se Appellant (via U.S. Mail)

318984646v.1