

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

10333 N. Meridian Street, Suite 200
Indianapolis, IN 46290

CAMILLE NICODEMUS  　　　　　　　　　　　　　　DIRECT: (317) 497-5600, Ext. 601
cnicodemus@qslwm.com　　　　　　　　　　　　　　FAX:  (317) 899-9348

July 9, 2025

**BY CM/ECF**

Hon. Debra Ann Livingston
Chief Judge, U.S. Court of Appeals
 For the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

**RE:**　Castro v. NewRez LLC
　　　　Case No. 24-3090
　　　　Notice of Joining Appellee Experian Information Solutions, Inc.'s Appellee Brief

Your Honor:

This Firm represents Appellee Trans Union LLC ("Trans Union") in the above-referenced action. Pursuant to Federal Rule of Appellate Procedure 28(i), Trans Union hereby provides notice to the Court that it joins in the Appellee Brief filed by Experian Information Solutions, Inc. on July 8, 2025. (ECF No. 77).

Trans Union states that judicial economy will be served by consolidating Appellee's brief, and that under these circumstances, a separate brief would be repetitive and inefficient.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　QUILLING, SELANDER, LOWNDS,
　　　　　　　　　　　　　　　　　　　WINSLETT & MOSER, P.C.

　　　　　　　　　　　　　　　　　　/s/ Camille R. Nicodemus

　　　　　　　　　　　　　　　　　　Camille R. Nicodemus

CRN/vll

cc:　　Counsel of Record (by CM/ECF)
　　　Mario Castro, Pro Se Appellant (by First Class Mail)