**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 2, 2026
Docket #: 24-3090
Short Title: Castro v. NewRez LLC

DC Docket #: 2:22-cv-6340
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Trial Judge - Pamela K. Chen

**NOTICE OF DEFECTIVE FILING**

On June 02, 2026 the Petition for Rehearing/Rehearing en banc, on behalf of the Appellant Mario E. Castro, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
\_\_X\_\_\_ Improper proof of service *(FRAP 25)*
_____ Missing proof of service
_____ Served to an incorrect address
_____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
_____ Incorrect caption *(FRAP 32)*
_____ Wrong color cover *(FRAP 32)*
_____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
\_X\_\_\_\_ Untimely filing

_____ Incorrect Filing Event

_X_\_\_\_\_ Other:

1. Your petition for rehearing/rehearing en banc was due in this court on or before 05/29/2026. It was received on 06/02/2026. Please file a motion for permission to file a late petition for rehearing/rehearing en banc.

2. Certificate of service must include the date of when the opposing side was serviced with the document. _____

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than June 23, 2026. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8658.